**No. 10-6012. Tanger Anita Harris, Petitioner v. Progressive Northern Insurance Company, et al.**

562 U.S. 1173, 131 S. Ct. 987, 178 L. Ed. 2d 816, 2011 U.S. LEXIS 34.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1007, 131 S. Ct. 509, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8469.

———

**No. 10-6019. Clayton C. Martin, Jr., Petitioner v. Gene M. Johnson, Director, Virginia Department of Corrections.**

562 U.S. 1173, 131 S. Ct. 987, 178 L. Ed. 2d 816, 2011 U.S. LEXIS 573.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1007, 131 S. Ct. 510, 178 L. Ed. 2d 377, 2010 U.S. LEXIS 8490.

———

**No. 10-6055. Ismael F. Arnaiz, Petitioner v. United States.**

562 U.S. 1173, 131 S. Ct. 987, 178 L. Ed. 2d 816, 2011 U.S. LEXIS 31.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 944, 131 S. Ct. 367, 178 L. Ed. 2d 236, 2010 U.S. LEXIS 7380.

———

**No. 10-6057. Charles Lamont Miller, Petitioner v. William B. Kolender,**

**former Sheriff, San Diego County Sheriff's Department, et al.**

562 U.S. 1173, 131 S. Ct. 987, 178 L. Ed. 2d 816, 2011 U.S. LEXIS 194.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1008, 131 S. Ct. 513, 178 L. Ed. 2d 379, 2010 U.S. LEXIS 8546.

———

**No. 10-6101. In re Alfredo Sancho, Petitioner.**

562 U.S. 1173, 131 S. Ct. 987, 178 L. Ed. 2d 816, 2011 U.S. LEXIS 271.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1001, 131 S. Ct. 516, 178 L. Ed. 2d 409, 2010 U.S. LEXIS 8455.

———

**No. 10-6120. Donald Winnett, Petitioner v. Saline County Jail, et al.**

562 U.S. 1173, 131 S. Ct. 987, 178 L. Ed. 2d 816, 2011 U.S. LEXIS 175.

January 10, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 986, 131 S. Ct. 424, 178 L. Ed. 2d 331, 2010 U.S. LEXIS 8136.